UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND WOOD, Chapter 7 Trustee, | Bankr. Case No. 17-11558MLB |
| Plaintiff, | Adv. No. 19-1044MLB |
| v. | Civil Case No. C19-1186RSL |
| ROBERT PEACOCK, *et al.*, | ORDER WITHDRAWING REFERENCE |
| Defendants. | |

This matter comes before the Court on defendants' "Motion to Withdraw the Reference" regarding the claims asserted by the bankruptcy Trustee in Adversary No. 19-1044MLB. Dkt. # 1-1 at 4-7. The Trustee does not oppose withdrawal of the reference. Dkt. # 1-1 at 8. The motion is therefore GRANTED. The automatic reference is hereby WITHDRAWN as to the Trustee's claims in Adversary No. 19-1044MLB.

Pursuant to the request of the parties, the matter is referred to the Honorable Marc L. Barreca, United States Bankruptcy Judge, for all pretrial matters. The above-captioned litigation is hereby STAYED. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. If and when a dispositive ruling or trial is necessary, a report and recommendation may be filed or the matter may be transferred from the bankruptcy court using the above cause number.

ORDER WITHDRAWING REFERENCE

1     Dated this 31st day of July, 2019.

                                      */s/ Robert S. Lasnik*
                                      Robert S. Lasnik
                                      United States District Judge